**Dismissed and Memorandum Opinion filed May 2, 2023.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-23-00060-CV

---

**VGT ENTERPRISE, LLC, Appellant**

**V.**

**CAHABA DISASTER RECOVERY, LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1161224**

---

## MEMORANDUM OPINION

This appeal is from an order signed January 9, 2023. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On March 20, 2023, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No response was filed. On

April 11, 2023, appellant was ordered to provide this court with proof of payment for the record on or before April 21, 2023. *See* Tex. R. App. P. 35.3(c). In the order, the court notified appellant that failure to comply with the court's order would result in dismissal of the appeal. *See* Tex. R. App. P. 37.3(b). No response was filed.

Appellant has not provided this court with proof of payment for the record. We dismiss the appeal.


PER CURIAM


Panel consists of Justices Wise, Zimmerer, and Wilson.